IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULI WINTJEN, on behalf of herself and all other similarly situated, | ) | 2:19-CV-00069-NR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNY'S INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DENNY'S, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISMISSAL PURSUANT TO 28 U.S.C. § 1367**

This cause is before the Court on Defendant Denny's, Inc.'s ("Denny's") Motion for Partial Summary Judgment and Dismissal Pursuant to 28 U.S.C. § 1367. The matter being fully briefed, and the Court being otherwise sufficiently advised, it hereby orders as follows:

1. Denny's' Motion for Partial Summary Judgment on Plaintiff Juli Wintjen's claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.* ("First Claim for Relief") is granted, and judgment is entered in favor of Denny's on all of Plaintiff's FLSA claims; and

2. Plaintiff's claims under the Pennsylvania Minimum Wage Act ("PMWA"), 42 P.S. § 333.102 *et seq.* ("Second Claim for Relief") are dismissed, without prejudice, pursuant to 28 U.S.C. § 1367.

DATED this _____ day of _____, 2020.

BY THE COURT

_____
**United States District Judge**

Tendered by:

**GRAYDON HEAD & RITCHEY LLP**

*s/ Darren W. Ford*_____
Kent Wellington (admitted *pro hac vice*)
Michael A. Roberts (admitted *pro hac vice*)
Darren W. Ford (admitted *pro hac vice*)
312 Walnut St., Suite 1800
Cincinnati, OH  45202
Telephone:     (513) 621-6464
Facsimile:     (513) 651-3836
Email:   kwellington@graydon.law
         mroberts@graydon.law
         dford@graydon.law

and

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Mark Zheng (Pa. #313510)
500 Grant Street, Ste. 4900
Pittsburgh, PA  15219
Telephone:  (412) 904-7724
Facsimile:  (412) 904-7818
Email: mczheng@vorys.com

*Attorneys for Defendant Denny's Inc.*

10388598.1