# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DENNY'S INC.,<br><br>Defendant. | 2:19-CV-00069-CCW |

## JOINT MOTION TO BIFURCATE AND STAY PROCEEDINGS PURSUANT TO PARTIAL SETTLEMENT

Plaintiff Juli Wintjen, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendant Denny's, Inc. ("Defendant" or "Denny's"), respectfully move this Court pursuant to Federal Rule of Civil Procedure 42(b), and the parties' partial settlement, to bifurcate Plaintiff's claim that Denny's failed to pay Plaintiff, and members of the conditionally certified collective action ("Opt-in Plaintiffs"), full minimum wage for hours spent performing either non-tipped duties and/or excessive "side work" duties (hereinafter "80/20 Claim"), and stay all proceedings as to that claim.

As a condition of their settlement agreement, the parties move the Court to bifurcate the 80/20 Claim so that the settlement approval procedure may proceed independently of the remaining unsettled claims. A joint memorandum in support of this motion and a proposed order are attached.

Respectfully submitted,

| | |
|---|---|
| **CONNOLLY WELLS & GRAY, LLP** | **FARUKI PLL** |
| /s/ Gerald D. Wells, III w/ email auth. 6-2-23 | /s/ Darren W. Ford |
| Gerald D. Wells, III | Darren W. Ford (admitted *pro hac vice*) |
| Robert J. Gray | 201 East Fifth Street, Suite 1420 |
| 101 Lindenwood Drive, Suite 225 | Cincinnati, OH  45202 |
| Malver, PA  19355 | Telephone:  513-513-0313 |
| Telephone:  610-822-3700 | dford@ficlaw.com |
| Facsimile:  610-822-3800 | |
| gwells@cwglaw.com | and |
| rgray@cwglaw.com | |

**CONNOLLY WELLS & GRAY, LLP**

/s/ Gerald D. Wells, III w/ email auth. 6-2-23
Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malver, PA  19355
Telephone:  610-822-3700
Facsimile:  610-822-3800
gwells@cwglaw.com
rgray@cwglaw.com

and

**LYNCH CARPENTER LLP**
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
Telphone:  412-322-9243
Facsimile:  412-231-0246
glynch@carlsonlynch.com

*Attorneys for Plaintiff Juli Wintjen, on behalf of herself and all others similarly situated*

**FARUKI PLL**

/s/ Darren W. Ford
Darren W. Ford (admitted *pro hac vice*)
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  513-513-0313
dford@ficlaw.com

and

**BRICKER GRAYDON LLP**
Kent Wellington (admitted *pro hac vice*)
Michael A. Roberts (admitted *pro hac vice*)
312 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  513-621-6464
Facsimile:  513-651-3836
kwellington@brickergraydon.com
mroberts@brickergraydon.com

and

**VORYS, SATER SEYMOUR AND PEASE LLP**
Lauren L. Matthews (Pa. #322469)
500 Grant Street, Suite 4900
Pittsburgh, PA  15219
Telephone:  512-904-7721
Facsimile:  412-904-7818
lmathews@vorys.com

*Attorneys for Denny's Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERNDISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULI WINTJEN, on behalf of herself and all others similarly situated,** | ) ) ) | 2:19-CV-00069-CCW |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | |
| **DENNY'S INC.** | ) ) | |
| **Defendant.** | ) ) | |

## PROPOSED ORDER GRANTING JOINT MOTION TO BIFURCATE

Pursuant to Fed. R. Civ. P. 42(b), for the reasons set forth in Joint Motion to Bifurcate ("Motion"), and for good cause shown, the Motion is hereby GRANTED. Plaintiff's claim that Denny's failed to pay Plaintiff, and members of the conditionally certified collective action ("Opt-in Plaintiffs"), minimum wage for hours spent performing non-tip generating work (hereinafter "Dual Jobs Claim") shall be bifurcated so that the settlement approval procedure may proceed independently of the remaining unsettled claims.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

4895-8924-3744.2