IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all other similarly situated, ) | 2:19-CV-00069-CCW |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| DENNY'S INC., *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**DEFENDANT DENNY'S, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO LINDER DECLARATION (ECF NO. 265)**

Defendant Denny's, Inc. moves this Court for leave to file the attached Response to Plaintiff Juli Wintjen's ("Plaintiff") objection to the declaration of Kit Linder, which Plaintiff made in her September 6, 2023 Reply Statement of Facts in Further Support of Plaintiff's Statement of Undisputed and Material Facts ("Reply") (ECF No. 265).  In the Reply, Plaintiff objects to Defendant's reliance on Kit Linder's declaration because "it was produced after the close of discovery in this matter."  Reply, pp. 2-3.  Denny's seeks leave to respond to that objection to ensure that the record reflects that Kit Linder was disclosed as a witness on November 16, 2022 in Defendant Denny's, Inc.'s Witness Disclosure; well in advance of the close of discovery.  *See* Second Amended Case Management Order (ECF No. 197).  Defendant tenders a copy of its Response to Plaintiff's Objection to Linder declaration with this motion, and a proposed order.

Respectfully submitted,

**FARUKI PLL**

/s/ Darren W. Ford
Darren W. Ford (admitted *pro hac vice*)
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0313
Email:  dford@ficlaw.com

and

**BRICKER GRAYDON LLP**

Kent Wellington (admitted *pro hac vice*)
Michael A. Roberts (admitted *pro hac vice*)
Kellie Ann Kulka (admitted *pro hac vice*)
312 Walnut St., Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 621-6464
Facsimile:  (513) 651-3836
Email:  kwellington@brickergraydon.com
          mroberts@brickergraydon.com
          kkulka@brickergraydon.com

and

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Lauren L. Mathews (Pa. #322469)
500 Grant Street, Ste. 4900
Pittsburgh, PA  15219
Telephone:  (412) 904-7724
Facsimile:  (412) 904-7818
Email:  lmathews@vorys.com

*Attorneys for Denny's Inc.*

4885-2312-8703.2