IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENNY's, INC., *et al*.,<br><br>Defendants. | Civil Action No.: 2:19-cv-00069-CCW |

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff filed her Motion for Summary Judgment (ECF #249) on August 7, 2023, and her reply on September 6, 2023 (ECF #264). Since the close of that briefing, the Third Circuit and another court within the Third Circuit issued decisions which Plaintiff believes further demonstrates the propriety of her summary judgment motion. As such, Plaintiff respectfully submits this supplemental authority to bring said decisions to this Honorable Court's attention.

- *Walsh v. La Tolteca Wilkes Barre, Inc.,* No. 3:21-CV-1628, 2023 U.S. Dist. LEXIS 218430 (M.D. Pa. Dec. 6, 2023) (attached hereto as **Exhibit A**); and

- *Sec'y United States DOL v. Mosluoglu, Inc.*, No. 22-2749, 2023 U.S. App. LEXIS 24385 (3d Cir. Sep. 14, 2023) (attached hereto as **Exhibit B**).

Dated: January 16, 2024

Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

By: */s/ Gerald D. Wells, III*
    Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
       rgray@cwglaw.com

**LYNCH CARPENTER, LLP**
Gary Lynch
Edwin J, Kilpela
Elizabeth Pollock-Avery
1133 Penn Avenue, 5th Floor
Pittsburg, PA15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
Email: gary@lcllp.com
ekilpela@lcllp.com
elizabeth@lcllp.com

*Attorneys for Plaintiff and the Classes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of January 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III
