## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>DENNY's, INC., *et al*.,<br><br>               Defendants. | Civil Action No.: 2:19-cv-00069-CCW |

### JOINT NOTICE OF SUPPLEMENTAL FILING

Pursuant to the Court's Order dated July 18, 2024 (ECF No. 327) Plaintiff Sarah Gower ("Plaintiff") and Defendant Denny's, Inc. ("Defendant") (collectively, the "Parties") hereby submit this Joint Supplemental Filing in order to place before the Court the Amendment to Collective and Class Action Partial Settlement and Release Agreement (the "Amendment"), that is attached hereto as Exhibit "A". The Amendment contains the revisions that were referenced in the Parties' Joint Submission of July 17, 2024 (ECF No. 326), and which the Court deemed to have satisfactorily addressed the Court's questions regarding the distribution of the Partial Settlement proceeds. Additionally, as addressed in their Joint Submission, the Parties have amended the proposed Notice of Class and Collective Action Settlement ("Class Notice") to comport with the revisions contained in the Amendment. The revised proposed Class Notice is attached hereto as Exhibit "B".

Dated: July 24, 2024               Respectfully submitted,

**FARUKI PLL**               **CONNOLLY WELLS & GRAY, LLP**

*/s/ Darren W. Ford* (*w/ express permission*)     */s/ Gerald D. Wells, III*
Darren W. Ford (admitted pro hac vice)      Gerald D. Wells, III
201 East Fifth Street, Suite 1420           Robert J. Gray
Cincinnati, OH 45202                101 Lindenwood Drive, Suite 225

Telephone: 513-513-0313
dford@ficlaw.com

**BRICKER GRAYDON LLP**
Kent Wellington (admitted pro hac vice)
Michael A. Roberts (admitted pro hac vice)
Kellie A. Kulka (admitted pro hac vice)
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: 513-621-6464
Facsimile: 513-651-3836
kwellington@brickergraydon.com
mroberts@brickergraydon.com

**VORYS, SATER SEYMOUR AND PEASE LLP**
Lauren L. Matthews (Pa. #322469)
500 Frant Street, suite 4900
Pittsburgh, PA 15219
Telephone: 512-904-7721
Facsimile: 412-904-7818
lmathews@vorys.com

*Attorneys for Denny's Inc.*

Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
gwells@cwglaw.com
rgray@cwglaw.com

**LYNCH CARPENTER LLP**
Gary F. Lynch
Jamisen Etzel
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
jamisen@lcllp.com

*Attorneys for Plaintiff and the Classes*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court this 24th day of July 2024. All counsel of record will receive service by the Court-generated notice and may access the documents via the Court's ECF/electronic filing system.

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III