IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENNY'S, INC., *et al.*,<br><br>Defendant. | Civil Action No. 2:19-cv-00069-CCW |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION PARTIAL SETTLEMENT AND RELEASE**

Plaintiff Sarah Gower ("Plaintiff"), by and through her undersigned counsel, individually and on behalf of the other members of the proposed Partial Settlement Class[1], respectfully move the Court for an order granting final approval of the proposed partial settlement ("Settlement") of the above captioned action pending in this Court. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, Declaration of Jessie Montague, and Proposed Final Approval Order.

Dated: November 7, 2024

Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

/s/ Gerald D. Wells, III
Gerald D. Wells, III, Esq. (PA ID 88277)
(admitted *pro hac vice*)
Robert J. Gray, Esq. (PA ID 86251)
(admitted *pro hac vice*)
101 Lindenwood Drive, Suite 225
Malvern, PA  19355

---

[1] All capitalized terms used in this Motion shall have the meanings ascribed to them in the Settlement Agreement.

T:  610-822-3700
F:  610-822-3800
gwells@cwglaw.com
rgray@cwglaw.com

Gary F. Lynch, Esq. (PA ID 56887)
Jamisen A. Etzel, Esq. (PA ID 311554)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
T:  412-322-9243
F:  412-231-0246
gary@lcllp.com
jamisen@lcllp.com

*Counsel for Plaintiff and the Classes*