IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULI WINTJEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENNY'S, INC., *et al.*,<br><br>Defendant. | Civil Action No. 19-cv-00069 |

**ORDER AWARDING ATTORNEYS' FEES**

AND NOW, this 4th day of April, 2025, pursuant to Fed. R. Civ. P. 54(d) and applicable substantive law including the Fair Labor Standards Act, 29 U.S.C. § 216(b), and the Pennsylvania Minimum Wage Act of 1968, 43 P.S. § 333.113, upon review and consideration of Plaintiff Juli Wintjen's motion for an award of attorney fees and supporting materials ECF Nos. 332–35, 340, 346, Defendant's responses thereto ECF Nos. 338, 348, 357, and a stipulation entered by the Parties ECF No. 338-1, and for the reasons stated in its memorandum opinion on this issue, the Court orders as follows:

1. Plaintiff's Motion is GRANTED IN PART, and Defendant is ordered to pay to Plaintiff Wintjen and the certified Rule 23 Class[1] attorneys' fees in the amount of $982,998.25, for work performed by Class Counsel from inception of the case to August 13, 2024.

2. Plaintiff's Motion is DENIED IN PART to the extent Plaintiff's Motion sought a greater award of attorneys' fees for work performed by Class Counsel from inception of the case

---

[1] The Rule 23 Class is: Plaintiff Wintjen and all members of the class certified by the Court under Fed. R. Civ. P. 23 on November 18, 2021 (ECF No. 106), and as further modified by the Court by its July 13, 2023, Order (*see* ECF No. 245).

to August 13, 2024.

This order is made without prejudice to Plaintiff's right to seek further awards of fees or expenses for work performed on behalf of Plaintiff Wintjen or the Rule 23 Class after August 13, 2024.

**IT IS SO ORDERED.**

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
UNITED STATES DISTRICT JUDGE